## THE STATE OF INDIANA *v.* UNITED STATES EXPRESS COMPANY.

[No. 21,257. Filed March 10, 1909.]

## THE STATE OF INDIANA *v.* AMERICAN EXPRESS COMPANY.

[No. 21,256. Filed March 11, 1909.]

From Superior Court of Marion County (71,987, 71,996) ; *John L. McMaster*, Judge.

Actions by The State of Indiana against the American Express Company and the United States Express Company. From judgments for defendants, plaintff appeals. *Affirmed.*

*James Bingham*, Attorney-General, *Elliott R. Hooton*, Prosecuting Attorney, *Walter Myers, John Ogden* and *Merrill Moores*, for the State.

*Baker & Daniels*, for appellees.

JORDAN, C. J.—These are companion cases of *State* v. *Adams Express Co.* (1909), *ante*, 10. They present the same questions, upon the ruling of the lower court in sustaining the demurrer to each paragraph of the complaint, as were therein involved and decided, and upon the authority of the decision in that case the judgments herein, upon demurrer, are affirmed.